# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
## Southern Division

| | |
|---|---|
| CRYSTAL CHAPMAN on behalf of herself and others similarly situated, | : <br> : CIVIL ACTION FILE NO. 22-10229 <br> : |
| Plaintiff, | : <br> : |
| v. | : Honorable Laurie J. Michelson <br> : |
| NATIONAL HEALTH PLANS & BENEFITS AGENCY, LLC | : <br> : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own fees and costs.

Dated: September 13, 2022

 *s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

 */s/ Eric J. Troutman*
Eric J. Troutman (229263)
Troutman Firm
530 Technology Drive

        Suite 200
Irvine, CA 92618
(949) 350-3663
troutman@troutmanfirm.com

and

*/s/ Reese Serra*
Reese Serra (P74482)
Mateusz Wozniak (P78554)
Serra Law Firm PLLC
(d/b/a The Private Firm)
125 E. 3rd Street, Suite 100
Rochester, MI 48307
(248) 781-4501
info@thefirm.net

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

On September 13, 2022 the undersigned filed the foregoing on the Court's CM/ECF system.

*s/ Anthony Paronich*
Anthony Paronich

2